Law Offices
# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 19, 2011
Invoice 2653972

**TERMS: DUE ON RECEIPT**


## REMITTANCE COPY
### (PLEASE RETURN WITH YOUR PAYMENT)


Our Matter #738370.00475
 Goodness and Mercy Bookstore Foreclosure


| | | |
|---|---|---|
| Fees for Professional Services | $ | 158.00 |
| Reimbursable Costs | | 163.98 |
| | | |
|  INVOICE TOTAL | $ | 321.98 |
| | | ------------ |
|  BALANCE DUE THIS INVOICE | $ | 321.98 |
| | | ============ |


To remit payment by WIRE TRANSFER:

**Domestic Wires**

 Wachovia Bank NA
 200 S. Biscayne Blvd
 Miami, Fl 33131
 ABA # 063000021

 FOR CREDIT TO:
 Holland & Knight LLP
 ACCT. #2090002390441

**International Wires**

 Wells Fargo Bank NA
 Plaza Building PA4918
 101 N Independence Mall East
 Philadelphia, PA 19106

 International Swift: PNBPUS33
 ABA #026005092

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 19, 2011
Invoice 2653972
Page    2
REMITTANCE COPY

FOR CREDIT TO:

Holland & Knight LLP

ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
        Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 19, 2011
Invoice   2653972
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through April 30, 2011
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

04/13/11 Correspondence with title abstract company
         regarding update to title search.
         Patrick J. Sweeney    .20 hours at  395.00 per hour.        79.00

04/22/11 Draft file memorandum and client correspondence
         regarding case status and strategy.
         Patrick J. Sweeney    .20 hours at  395.00 per hour.        79.00

            Total Fees for Professional Services .......$        158.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Sweeney, Patrick J. | Associate | 0.40 | 395.00 | 158.00 |

        Reimbursable costs through April 30, 2011

04/20/11    OTHER - Allegiance Abstract Services Inc              162.94
            Inv#469-Judgement & Lien search

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 19, 2011
Invoice 2653972
Page   2

Online Research                                    1.04

Total Reimbursable Costs ...................$        163.98
                                              -----------
Current Billing for this Matter ...........          321.98
                                              -----------
BALANCE DUE THIS INVOICE ...................$        321.98
                                              ===========

Law Offices
## HOLLAND & KNIGHT LLP

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

*Representative Office

Home Loan Investment Bank, F.S.B.            April 12, 2011
Attn: Jeffrey A. Brasil                      Invoice 2639162
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765                       **TERMS: DUE ON RECEIPT**

# ATTORNEY

### REMITTANCE COPY
### (PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

| | | |
|---|---|---|
| Fees for Professional Services | $ | 553.00 |
| Reimbursable Costs | | 70.71 |
| | | |
| INVOICE TOTAL | $ | 623.71 |
| | | ----------- |
| BALANCE DUE THIS INVOICE | $ | 623.71 |
| | | =========== |

To remit payment by WIRE TRANSFER:

**Domestic Wires**                          **International Wires**

Wachovia Bank NA                            Wells Fargo Bank NA
200 S. Biscayne Blvd                        Plaza Building PA4918
Miami, Fl 33131                             101 N Independence Mall East
ABA # 063000021                             Philadelphia, PA 19106

FOR CREDIT TO:                              International Swift: PNBPUS33
Holland & Knight LLP                        ABA #026005092
ACCT. #2090002390441

FOR CREDIT TO:

Holland & Knight LLP

ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
        Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

Law Offices                                                              International:

**HOLLAND & KNIGHT LLP**          Atlanta        Lakeland       Portland        Abu Dhabi

                                  Bethesda       Los Angeles    San Francisco   Beijing

P.O. Box 864084                   Boston         Miami          Tallahassee     Mexico City*

Orlando, Fl 32886-4084            Chicago        New York       Tampa

(813) 901-4180                    Ft. Lauderdale No. Virginia   Washington, D.C.

EIN 59-0663819                    Jacksonville   Orlando        West Palm Beach

*Representative Office


Home Loan Investment Bank, F.S.B.                April 12, 2011
Attn: Jeffrey A. Brasil                         Invoice    2639162
One Home Loan Plaza, Suite 3                    Page 1
Warwick, RI 02886-1765                          **TERMS: DUE ON RECEIPT**


For professional services rendered through March 31, 2011
in connection with the following:

Our Matter #738370.00475
        Goodness and Mercy Bookstore Foreclosure


02/03/11 File memorandum and client correspondence
         regarding case status and strategy.
         Patrick J. Sweeney     .20 hours at  395.00 per hour.        79.00

03/01/11 Prepare for and participate in internal
         conference regarding case status and strategy;
         telephone conference with court clerk regarding
         status of motion to open default.
         Patrick J. Sweeney     .50 hours at  395.00 per hour.       197.50

03/09/11 Correspondence with counsel prosecuting
         foreclosure of residential mortgages on same
         properties; coordinate updated title search
         with respect to residential property.
         Patrick J. Sweeney     .30 hours at  395.00 per hour.       118.50

03/29/11 Correspondence with Gess & Gess regarding
         property appraisal.
         Patrick J. Sweeney     .20 hours at  395.00 per hour.        79.00

03/30/11 Internal correspondence regarding case status
         and strategy.
         Patrick J. Sweeney     .20 hours at  395.00 per hour.        79.00

Total Fees for Professional Services .......$        553.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Sweeney, Patrick J. | Associate | 1.40 | 395.00 | 553.00 |

Reimbursable costs through March 31, 2011

Online Research                                       70.71

Total Reimbursable Costs ...................$         70.71
                                                 -----------
Current Billing for this Matter ............         623.71
                                                 -----------
BALANCE DUE THIS INVOICE ...................$         623.71
                                                 ===========

Law Offices                                                                   International:

**HOLLAND & KNIGHT LLP**

| | | | |
|---|---|---|---|
| | Atlanta | Lakeland | Portland | Abu Dhabi |
| | Bethesda | Los Angeles | San Francisco | Beijing |
| P.O. Box 864084 | Boston | Miami | Tallahassee | Mexico City* |
| Orlando, Fl 32886-4084 | Chicago | New York | Tampa | |
| (813) 901-4180 | Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| EIN 59-0663819 | Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.            February 14, 2011
Attn: Jeffrey A. Brasil                      Invoice 2617663
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765                 **TERMS: DUE ON RECEIPT**

REMITTANCE COPY<br>(PLEASE RETURN WITH YOUR PAYMENT)

*2161325004   SBA*
*115222   27011*
*LEGAL COST*

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

| | | |
|---|---|---|
| Fees for Professional Services | $ | 537.50 |
| Reimbursable Costs | | 65.81 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 603.31 |
| BALANCE DUE THIS INVOICE | $ | 603.31 |

*2 4 2011*
*89165*

To remit payment by WIRE TRANSFER:

Domestic Wires                   International Wires

    Wachovia Bank NA                 Wells Fargo Bank NA
    200 S. Biscayne Blvd            Plaza Building PA4918
    Miami, Fl 33131                 101 N Independence Mall East
    ABA # 063000021                Philadelphia, PA

    FOR CREDIT TO:                 International Swift: PNBPUS33
    Holland & Knight LLP            ABA #026005092
    ACCT. #2090002390441

FOR CREDIT TO:

Holland & Knight LLP

ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
        Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

Law Offices                                                    International:
**HOLLAND & KNIGHT LLP**     Atlanta        Lakeland      Portland        Abu Dhabi

                             Bethesda       Los Angeles   San Francisco   Beijing
P.O. Box 864084              Boston         Miami         Tallahassee     Mexico City*
Orlando, Fl 32886-4084       Chicago        New York      Tampa
(813) 901-4180               Ft. Lauderdale No. Virginia  Washington, D.C.
EIN 59-0663819               Jacksonville   Orlando       West Palm Beach

                        *Representative Office


Home Loan Investment Bank, F.S.B.              February 14, 2011
Attn: Jeffrey A. Brasil                        Invoice   2617663
One Home Loan Plaza, Suite 3                   Page 1
Warwick, RI 02886-1765                         **TERMS: DUE ON RECEIPT**


For professional services rendered through January 31, 2011
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure


01/07/11 Prepare litigation strategy.
         Patrick J. Sweeney    .50 hours at  395.00 per hour.     197.50

01/11/11 Internal correspondence regarding case status
         and strategy.
         Patrick J. Sweeney    .40 hours at  395.00 per hour.     158.00

01/12/11 Review Sweeney e-mail update; e-mails to/from
         Sweeney re: default removal.
         Mark C. Michalowski    .20 hours at  515.00 per hour.    103.00

01/12/11 Internal correspondence regarding case status
         and strategy.
         Patrick J. Sweeney    .20 hours at  395.00 per hour.      79.00


          Total Fees for Professional Services .......$       537.50

| Name | Title | Hours | Rate | Value |
|------|-------|-------|------|-------|
| Michalowski, Mark C. | Partner | 0.20 | 515.00 | 103.00 |
| Sweeney, Patrick J. | Associate | 1.10 | 395.00 | 434.50 |

Reimbursable costs through January 31, 2011


| Date | Description | Amount |
|------|-------------|-------:|
| 12/30/10 | Delivery Services/Messengers | 51.48 |
| | United Parcel Service | |
| | Harriet A. Gilliam | |
| | Attorney At Law | |
| | 711 Union Avenue | |
| | RIVERHEAD NY 11901 | |
| 01/10/11 | Delivery Services/Messengers | 6.01 |
| | United Parcel Service | |

HOLLAND    KNIGHT LLP
31 W 52ND ST FLR 11
NEW YORK NY 10019
USER DEFINED 1:  Harriet A. Gilliam
USER DEFINED 2:  1ZV6743F1294235875

Online Research                                     8.32


            Total Reimbursable Costs ..................$        65.81
                                                           -----------
            Current Billing for this Matter ...........       603.31
                                                           -----------
            BALANCE DUE THIS INVOICE ..................$       603.31
                                                           ===========

FROM:
PETER-HARRY MONTAUREDES, IFA,CSA-R - FHA ROSTER APPRAISER
RESIDENTIAL APPRAISER ESTABLISHED 1974
40 MC INTOSH COURT
MALVERNE, NEW YORK 11565
OFFICE 1-516-306-1000 FAX 1-516-908-4690
E/MAIL...PHMIFA@GMAIL.COM

| INVOICE | DATE | REFERENCE |
|---|---|---|
| 67 E MAIN STREET RIV | 02/10/2011 | 67 E MAIN STREET RIVEF |

TO:
HOME LOAN INVESTMENT BANK, FSB
1 HOME LOAN PLAZA, WARWICK, RI 02886



| DESCRIPTION | AMOUNT |
|---|---|
| 67 E MAIN STREET RIVERHEAD NY 11901 | 400.00 |
| NO/COLLECT APPRAISAL FEE AS PER ORDER.... APPROVED BY HLIB, FSB........$400.00 | |

| | | |
|---|---|---|
| | Subtotal | $ 400.00 |
| NO/COLLECT....$400.000...APPROVED BY HLIB, FSB | Late Fee | $ |
| | TOTAL | $ 400.00 |

Law Offices
## HOLLAND & KNIGHT LLP

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

January 14, 2011
Invoice 2605405

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

| | | |
|---|---|---|
| Fees for Professional Services | $ | 7,305.00 |
| Reimbursable Costs | | 685.36 |
| INVOICE TOTAL | $ | 7,990.36 |
| | | ----------- |
| BALANCE DUE THIS INVOICE | $ | 7,990.36 |
| | | =========== |

To remit payment by WIRE TRANSFER:

Domestic Wires

Wachovia Bank NA
214 N. Hogan Street
Jacksonville, FL 32202
ABA # 063000021

FOR CREDIT TO:
Holland & Knight LLP
ACCT. #2090002390441

International Wires

Wells Fargo Bank NA
Plaza Building PA4918
101 N Independence Mall East
Philadelphia, PA

International Swift: PNBPUS33
ABA #026005092

FOR CREDIT TO:

Holland & Knight LLP

ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
        Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

Law Offices
# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

January 14, 2011
Invoice    2605405
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through December 31, 2010
in connection with the following:

Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure

12/01/10 Request for entry of default; provide
         instruction.
         John M. Toriello    .20 hours at  575.00 per hour.        115.00

12/06/10 Review and analyze motion to vacate default;
         outline response to same.
         Patrick J. Sweeney   1.50 hours at  395.00 per hour.      592.50

12/06/10 Prepare file memo and client correspondence
         regarding case status and strategy.
         Patrick J. Sweeney    .20 hours at  395.00 per hour.       79.00

12/08/10 E-mail from/to Sweeney re: opposition to
         defendant's motion for extension/motion for
         entry of judgment.
         Mark C. Michalowski    .20 hours at  515.00 per hour.     103.00

12/08/10 Opposition to motion to vacate.
         Patrick J. Sweeney    .60 hours at  395.00 per hour.      237.00

12/08/10  Review e-mail from P. Sweeney re: status;
          e-mail with M. Michalowski re: same; update
          tracker.
          Shannan E. Whalen    .20 hours at  195.00 per hour.        39.00

12/10/10  Review exhibit to motion to vacate default
          (Home Loan draft modification proposed letter);
          e-mails to/from Sweeney.
          Mark C. Michalowski    .30 hours at  515.00 per hour.     154.50

12/14/10  E-mail to Sweeney; e-mail to St. Jean and
          Sweeney re: reservation of rights language for
          modification letter.
          Mark C. Michalowski    .30 hours at  515.00 per hour.     154.50

12/14/10  Correspondence with client regarding borrowers
          claim that Bank's modification offer
          constituted waiver; review Bank correspondence
          regarding same.
          Patrick J. Sweeney    .50 hours at  395.00 per hour.      197.50

12/15/10  E-mails to/from Sweeney re: borrower/counsel
          communications with client.
          Mark C. Michalowski    .20 hours at  515.00 per hour.     103.00

12/15/10  Voicemail to borrower regarding resolution of
          pending motion to vacate; draft follow up
          correspondence regarding same.
          Patrick J. Sweeney    .60 hours at  395.00 per hour.      237.00

12/16/10  Revise letter to borrower regarding pending
          motion to vacate ; outline opposition to same.
          Patrick J. Sweeney    .60 hours at  395.00 per hour.      237.00

12/17/10  Continue draft correspondence to opposing
          counsel regarding pending motion to vacate
          default and outline opposition regarding same.
          Patrick J. Sweeney    .60 hours at  395.00 per hour.      237.00

Home Loan Investment Bank, F.S.B.   January 14, 2011
Attn: Jeffrey A. Brasil     Invoice 2605405
One Home Loan Plaza, Suite 3   Page  3
Warwick, RI 02886-1765

12/21/10  Internal correspondence regarding case status
     and strategy; correspondence with defendant
     motion to vacate default.
     Patrick J. Sweeney   .60 hours at 395.00 per hour.  237.00

12/22/10  Finalize and serve letter on opposing counsel
     regarding pending motion to vacate default;
     correspondence with client regarding same.
     Patrick J. Sweeney   .80 hours at 395.00 per hour.  316.00

12/23/10  Internal correspondence regarding case status
     and strategy.
     Patrick J. Sweeney   .20 hours at 395.00 per hour.   79.00

12/27/10  Research and draft memorandum of law in
     opposition to plaintiff motion to vacate the
     entry of default; internal conference regarding
     same; correspondence with client regarding
     declaration in support of motion for default.
     Patrick J. Sweeney  3.60 hours at 395.00 per hour.  1422.00

12/28/10  Draft and revise memorandum in opposition to
     motion to vacate; prepare judgment file.
     Patrick J. Sweeney  3.60 hours at 395.00 per hour.  1422.00

12/29/10  Prepare transmittal of courtesy copy of motion
     to vacate opposition; review Judge Spatt's
     individual rules of practice; telephone
     conference with chambers regarding conformity
     with rules of motion practice; prepare
     conforming copy of opposition papers; telephone
     conference with docketing clerk regarding same;
     voice mail to opposing counsel regarding
     pending motion to vacate; transmit courtesy
     copy of same.
     Patrick J. Sweeney  2.40 hours at 395.00 per hour.   948.00

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

January 14, 2011
Invoice 2605405
Page    4

12/30/10 Follow up letter to opposing counsel regarding
         motion to vacate; client correspondence
         regarding default judgment papers.
         Patrick J. Sweeney   1.00 hours at  395.00 per hour.      395.00


              Total Fees for Professional Services .......$      7,305.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Michalowski, Mark C. | Partner | 1.00 | 515.00 | 515.00 |
| Toriello, John M. | Partner | 0.20 | 575.00 | 115.00 |
| Sweeney, Patrick J. | Associate | 16.80 | 395.00 | 6,636.00 |
| Whalen, Shannan E. | Paralegal | 0.20 | 195.00 | 39.00 |


     Reimbursable costs through December 31, 2010


12/14/10    OTHER - Civil Action Group, Ltd. Priority         201.22
            (Listed) on 10/22/10
12/29/10    Delivery Services/Messengers                       51.48
            United Parcel Service
            United States Distri
            Honorable Arthur D. Spatt
            100 Federal Plaza
            CENTRAL ISLIP NY 11722

            Online Research                                   432.66


            Total Reimbursable Costs ...................$       685.36
                                                            -----------
            Current Billing for this Matter ...........       7,990.36
                                                            -----------
            BALANCE DUE THIS INVOICE ...................$     7,990.36
                                                            ===========

# Invoice

**QUIKTRAK**

| Attn: | Alicia Petrarca |
|---|---|
| Bill To: | Home Loan Investment Bank, FSB |
| | One Home Loan Plaza |
| | Warwick, RI 02886 |

| | |
|---|---|
| **Invoice Number:** | 80436 |
| **Invoice Date:** | 12/31/2010 |
| **Terms:** | On Receipt |
| **Customer ID:** | HL1700 |
| **Page No:** | Page 1 of 3 |

| Job No | Job Name | Reference | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| **PETER ST. JEAN** | | | | | | |
| 1360293 | Castech Pet Services Madera, CA | 3150815008 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | **Job Total:** | | | **$120.00** |
| **ANDREA GAULIEN** | | | | | | |
| 1362775 | Chowdhury and Rhaman Bridgeport, CT | 2454535001 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | **Job Total:** | | | **$120.00** |
| **ANDREA GAULIEN** | | | | | | |
| 1363952 | Chowdhury And Rhaman Bridgeport, CT | 2454535001 | | | | |
| | | | Report Cost (QP) | 1.00 | $80.00 | $80.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | **Job Total:** | | | **$90.00** |
| **ANDREA GAULIEN** | | | | | | |
| 1361291 | Galvin Land Wolcott, CT | 2428885008 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | **Job Total:** | | | **$120.00** |
| **ANDREA GAULIEN** | | | | | | |
| 1362103 | Goodness and Mercy Riverhead, NY | 2161325004 | | | | |
| | | | Report Cost (QP) | 1.00 | $185.00 | $185.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | **Job Total:** | | | **$195.00** |
| **ANDREA GAULIEN** | | | | | | |
| 1361303 | Grandsun Realty Rocky Point, NY | 2817765000 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | **Job Total:** | | | **$120.00** |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

|  |  |  | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

December 3, 2010
Invoice 2589829

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
Goodness and Mercy Bookstore Foreclosure

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,272.00 |
| Reimbursable Costs | | 386.60 |
| INVOICE TOTAL | $ | 1,658.60 |
| BALANCE DUE THIS INVOICE | $ | 1,658.60 |

To remit payment by WIRE TRANSFER:

Domestic Wires

    Wachovia Bank NA
    214 N. Hogan Street
    Jacksonville, FL 32202
    ABA # 063000021

    FOR CREDIT TO:
    Holland & Knight LLP
    ACCT. #2090002390441

International Wires

    Wells Fargo Bank NA
    Plaza Building PA4918
    101 N Independence Mall East
    Philadelphia, PA

    International Swift: PNBPUS33
    ABA #026005092

*[handwritten: 88416]*

*[handwritten: 216/325004 GOODNESS + MERCY SBA 12-10-10]*

*[handwritten: 115222 LEGAL BILLS]*

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

December 3, 2010
Invoice 2589829
Page    2
REMITTANCE COPY

FOR CREDIT TO:
Holland & Knight LLP
ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
        Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

23076

Law Offices
# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

International:

| | | | |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Mexico City* |
| Chicago | New York | Tampa | |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

December 3, 2010
Invoice      2589829
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through November 30, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

11/02/10 Attention to docket; client correspondence
         regarding time to answer.
         Patrick J. Sweeney     .20 hours at   395.00 per hour.          79.00

11/03/10 Correspondence with client about moving for
         entry of default.
         Patrick J. Sweeney     .20 hours at   395.00 per hour.          79.00

11/11/10 Prepare file memorandum and client
         correspondence regarding case status and
         strategy.
         Patrick J. Sweeney     .20 hours at   395.00 per hour.          79.00

11/16/10 Reviewed, scanned, e-filed and docketed the
         Affidavits of Service for the Summons and
         Complaint.
         Glenn M. Huzinec     .60 hours at   235.00 per hour.          141.00

11/17/10 Prepare for and participate in internal
         conference regarding case status and strategy.
         Patrick J. Sweeney     .20 hours at   395.00 per hour.          79.00

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

December 3, 2010
Invoice 2589829
Page    2

| | | |
|---|---|---|
| 11/28/10 | Prepare notice of pendency and motion for judgment. | |
| | Patrick J. Sweeney   1.00 hours at  395.00 per hour. | 395.00 |
| 11/30/10 | Scanned and e-filed with the Court:  Request to entry default and Declaration in Support re (5) MOTION for Entry of Default against Defendants Goodness & Mercy, Inc., Mary Gilliam and Harriet A. Gilliam filed by Home Loan Investment Bank, F.S.B. | |
| | Elvin Ramos    .40 hours at  260.00 per hour. | 104.00 |
| 11/30/10 | Prepare motion for judgment; attention to voice mail from borrower regarding request for extension of time; telephone conference with client regarding same. | |
| | Patrick J. Sweeney    .80 hours at  395.00 per hour. | 316.00 |

Total Fees for Professional Services .......$     1,272.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Sweeney, Patrick J. | Associate | 2.60 | 395.00 | 1,027.00 |
| Huzinec, Glenn M. | Spec Asst | 0.60 | 235.00 | 141.00 |
| Ramos, Elvin | Spec Asst | 0.40 | 260.00 | 104.00 |

Reimbursable costs through November 30, 2010

| | | |
|---|---|---|
| 11/02/10 | OTHER - Pro-File Lawyers Services Corp Service of Action-Goodness & Mercy Inc., Mary Gilliam, Harriet A. Gilliam, Central Suffolk | 205.00 |
| 11/03/10 | Federal Express - Inv. #7-268-05235 - Jason Saccone - 10/13/10 | 17.52 |
| 11/30/10 | OTHER - Demovsky Lawyer Service Inv#296915-Home Loan & Investment Bank v. Goodness & Mercy Inc. -Process Service | 160.00 |

Online Research                                          4.08

Total Reimbursable Costs ...................$        386.60
                                                 -----------
Current Billing for this Matter ............         1,658.60
                                                 -----------
BALANCE DUE THIS INVOICE ...................$        1,658.60
                                                 ===========

Law Offices
## HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.            November 5, 2010
Attn: Jeffrey A. Brasil                      Invoice 2578977
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765                       **TERMS: DUE ON RECEIPT**



*GOODNESS + MERCY*
*2161325008    SAA*
*115222        11-16-10*
*LEGAL BILLS*

                        REMITTANCE COPY
            (PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure


Fees for Professional Services .........    $      3,505.00
Reimbursable Costs                                   360.77


    INVOICE TOTAL                           $      3,865.77
                                            ------------
    BALANCE DUE THIS INVOICE                $      3,865.77
                                            ============

*PAID NOV 24 2010*
*88200*

To remit payment by WIRE TRANSFER:

Domestic Wires                    International Wires

    Wachovia Bank NA                  Wells Fargo Bank NA
    214 N. Hogan Street               Plaza Building PA4918
    Jacksonville, FL 32202            101 N Independence Mall East
    ABA # 063000021                   Philadelphia, PA

    FOR CREDIT TO:                    International Swift: PNBPUS33
    Holland & Knight LLP              ABA #026005092
    ACCT. #2090002390441

FOR CREDIT TO:

Holland & Knight LLP

ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
      Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

Law Offices                                                          International:
**HOLLAND & KNIGHT LLP**    Atlanta       Lakeland      Portland       Abu Dhabi

                            Bethesda      Los Angeles   San Francisco  Beijing
P.O. Box 864084             Boston        Miami         Tallahassee    Caracas*
Orlando, Fl 32886-4084      Chicago       New York      Tampa          Mexico City*
(813) 901-4180              Ft. Lauderdale No. Virginia Washington, D.C. Tel Aviv*
EIN 59-0663819              Jacksonville  Orlando       West Palm Beach

                          *Representative Office


Home Loan Investment Bank, F.S.B.              November 5, 2010
Attn: Jeffrey A. Brasil                        Invoice   2578977
One Home Loan Plaza, Suite 3                   Page 1
Warwick, RI 02886-1765                        **TERMS: DUE ON RECEIPT**


For professional services rendered through October 31, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure


10/06/10 Memorandum to file, internal correspondence and
         client correspondence regarding case status and
         strategy; review title search for collateral
         property, revise complaint.
         Patrick J. Sweeney   1.50 hours at  395.00 per hour.        592.50

10/08/10 E-mails to/from Sweeney re: status; telephone
         conference with Sweeney re: filing/service of
         complaint.
         Mark C. Michalowski    .20 hours at  515.00 per hour.       103.00

10/08/10 Review title search on collateral property and
         revise complaint.
         Patrick J. Sweeney    .90 hours at  395.00 per hour.        355.50

10/09/10 Revise and finalize complaint.
         Patrick J. Sweeney   1.40 hours at  395.00 per hour.        553.00

10/12/10 Finalize and prepare complaint for filing;
         internal conference regarding same.
         Patrick J. Sweeney   1.30 hours at  395.00 per hour.        513.50

10/14/10  Served the summons and complaint upon the US
          Attorney for the EDNY by hand and by Certified
          Mail upon the United States Attorney in
          Washington DC; drafted the Affidavit of Service
          and docketed all.
          Glenn M. Huzinec    2.60 hours at   235.00 per hour.        611.00

10/15/10  Drafted Affidavit of Service of the Summons and
          Complaint.
          Glenn M. Huzinec     .50 hours at   235.00 per hour.        117.50

10/15/10  Attention to court notices regarding the filing
          of complaint and the issuance of the summonses;
          internal correspondence regarding same.
          Patrick J. Sweeney    .40 hours at   395.00 per hour.       158.00

10/20/10  Prepared cover letter and sent by UPS to DLS:
          Summonses and complaint to be served on NYS
          Worker's Compensation Board and NYS Dept of
          Taxation & Finance. Also sent by email Summons
          and Complaint to APS to serve Capital One Bank
          in Virginia. (ER)
          Elvin Ramos    .50 hours at   260.00 per hour.              130.00

10/26/10  Status of service/complaint; e-mails from/to
          Sweeney re: same.
          Mark C. Michalowski    .20 hours at   515.00 per hour.      103.00

10/26/10  Internal correspondence regarding case
          developments and strategy.
          Patrick J. Sweeney    .20 hours at   395.00 per hour.        79.00

10/28/10  Reviewed, e-filed and docketed Certificates of
          Service of the Summonses as served agains the
          Goodness & Mercy defendants.
          Glenn M. Huzinec     .30 hours at   235.00 per hour.         70.50

10/28/10 Attention to docketing of affidavits of service
         and calculation of defendants' deadline for
         service of responsive pleading; note to file
         regarding same.
         Patrick J. Sweeney    .30 hours at  395.00 per hour.      118.50


            Total Fees for Professional Services .......$      3,505.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Michalowski, Mark C. | Partner | 0.40 | 515.00 | 206.00 |
| Sweeney, Patrick J. | Associate | 6.00 | 395.00 | 2,370.00 |
| Huzinec, Glenn M. | Spec Asst | 3.40 | 235.00 | 799.00 |
| Ramos, Elvin | Spec Asst | 0.50 | 260.00 | 130.00 |


  Reimbursable costs through October 31, 2010


10/12/10    OTHER - Clerk of the Court 39192, File complaint      350.00

            Telephone                                               0.32
            Postage                                                10.45


            Total Reimbursable Costs ...................$       360.77
                                                              -----------
            Current Billing for this Matter ............       3,865.77
                                                              -----------
            BALANCE DUE THIS INVOICE ...................$      3,865.77
                                                              ===========

Law Offices                                                                          International:
**HOLLAND & KNIGHT LLP**        Atlanta      Lakeland      Portland        Abu Dhabi
                                Bethesda     Los Angeles   San Francisco   Beijing
P.O. Box 864084                 Boston       Miami         Tallahassee     Caracas*
Orlando, Fl 32886-4084          Chicago      New York      Tampa           Mexico City*
(813) 901-4180                  Ft. Lauderdale No. Virginia Washington, D.C. Tel Aviv*
EIN 59-0663819                  Jacksonville Orlando       West Palm Beach

                                *Representative Office

Home Loan Investment Bank, F.S.B.              October 12, 2010
Attn: Jeffrey A. Brasil                        Invoice 2570663
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765                         **TERMS: DUE ON RECEIPT**


                         REMITTANCE COPY
                (PLEASE RETURN WITH YOUR PAYMENT)


Our Matter #738370.00475
      Goodness and Mercy Bookstore Foreclosure


Fees for Professional Services          $        240.50


      INVOICE TOTAL                     $          240.50
                                                ------------
      BALANCE DUE THIS INVOICE          $          240.50
                                                ============



To remit payment by WIRE TRANSFER:

Domestic Wires                      International Wires

     Wachovia Bank NA                    Wells Fargo Bank NA
     214 N. Hogan Street                 Plaza Building PA4918
     Jacksonville, FL 32202              101 N Independence Mall East
     ABA # 063000021                     Philadelphia, PA

     FOR CREDIT TO:                      International Swift: PNBPUS33
     Holland & Knight LLP                ABA #026005092
     ACCT. #2090002390441

FOR CREDIT TO:

Holland & Knight LLP

ACCT. #2090002390441

Please indicate Holland & Knight INVOICE or MATTER number as
     Beneficiary Reference in the wire.

To remit payment by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

Law Offices

**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

October 12, 2010
Invoice    2570663
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through September 30, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

09/01/10 E-mails from/to Sweeney re: status of
         title/complaint.
         Mark C. Michalowski    .20 hours at  515.00 per hour.    103.00

09/01/10 Memorandum to file, internal correspondence and
         client correspondence regarding case status and
         strategy.
         Patrick J. Sweeney    .20 hours at  395.00 per hour.    79.00

09/24/10 Call from Gess Gess & Scanlon re: title search.
         Shannan E. Whalen    .10 hours at  195.00 per hour.    19.50

09/28/10 Review status; update tracker.
         Shannan E. Whalen    .20 hours at  195.00 per hour.    39.00

          Total Fees for Professional Services .......$    240.50

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Michalowski, Mark C. | Partner | 0.20 | 515.00 | 103.00 |
| Sweeney, Patrick J. | Associate | 0.20 | 395.00 | 79.00 |
| Whalen, Shannan E. | Paralegal | 0.30 | 195.00 | 58.50 |

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

October 12, 2010
Invoice 2570663
Page    2

```
                                                    -----------
   Current Billing for this Matter ............        240.50
                                                    -----------
   BALANCE DUE THIS INVOICE ...................$       240.50
                                                    ===========
```

Law Offices

**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

International:

| | | | |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

September 17, 2010
Invoice 2561562

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

Fees for Professional Services             $         2,792.00

    INVOICE TOTAL                          $         2,792.00
                                           -----------
    BALANCE DUE THIS INVOICE               $         2,792.00
                                           ===========

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

    Wachovia Bank
    214 N. Hogan Street, Jacksonville Fl., 32202
    DOMESTIC Clients:      ABA #063000021
    INTERNATIONAL Clients: SWIFT PNBPUS33
    For Credit to the Account of:
    HOLLAND & KNIGHT LLP
    ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

23076

Law Offices
**HOLLAND & KNIGHT LLP**

International:

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.           September 17, 2010
Attn: Jeffrey A. Brasil                     Invoice   2561562
One Home Loan Plaza, Suite 3                Page 1
Warwick, RI 02886-1765                      **TERMS: DUE ON RECEIPT**

For professional services rendered through August 31, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

07/26/10 Began drafting Complaint; tried again to
         contact Eric Gess re: title search on
         residential property.
         Katherine A. Skeele   1.00 hours at  255.00 per hour.        255.00

07/27/10 Attempted again to reach Eric Gess; continued
         work on Complaint.
         Katherine A. Skeele    .50 hours at  255.00 per hour.        127.50

08/02/10 Internal conference regarding drafting of
         complaint; review client documents and prepare
         draft.
         Patrick J. Sweeney    .60 hours at  395.00 per hour.         237.00

08/03/10 Review client documents and continue preparation
         of draft complaint; correspondence with client
         regarding same; telephone conference with
         counsel prosecuting residential foreclosure
         regarding coordination of efforts; internal
         conference regarding same.
         Patrick J. Sweeney   3.20 hours at  395.00 per hour.        1264.00

08/04/10  Review client documents and continue preparation
          of draft complaint; internal strategy conference
          regarding same; coordinate title search for
          collateral residential property.
          Patrick J. Sweeney    1.80 hours at  395.00 per hour.      711.00

08/10/10  Correspondence regarding strategy and title
          search for collateral residential property.
          Patrick J. Sweeney     .50 hours at  395.00 per hour.      197.50


              Total Fees for Professional Services .......$      2,792.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Skeele, Katherine A. | Associate | 1.50 | 255.00 | 382.50 |
| Sweeney, Patrick J. | Associate | 6.10 | 395.00 | 2,409.50 |


                                                            -----------
          Current Billing for this Matter ............      2,792.00
                                                            -----------
          BALANCE DUE THIS INVOICE ..................$      2,792.00
                                                            ===========

Law Offices
# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 11, 2010
Invoice 2548491

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,539.00 |
| Reimbursable Costs | | 1.60 |
| | | |
| INVOICE TOTAL | $ | 1,540.60 |
| BALANCE DUE THIS INVOICE | $ | 1,540.60 |

PAID
AUG 2 4 2010
86938

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients:      ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 11, 2010
Invoice 2548491
Page     2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP

Suite 864084

11050 Lake Underhill Road

Orlando, FL 32825-5016

23076

Law Offices
## HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 11, 2010
Invoice    2548491
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through July 31, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

07/01/10 Attention to title search; prepare complaint.
    Patrick J. Sweeney    .50 hours at  395.00 per hour.         197.50

07/21/10 Review client documents; coordinate preparation
    of complaint; review title search.
    Patrick J. Sweeney   1.00 hours at  395.00 per hour.         395.00

07/22/10 Reviewed all client documents; contacted and
    left message for Eric Gess re: title search on
    residential property.
    Katherine A. Skeele   2.00 hours at  255.00 per hour.        510.00

07/24/10 Draft Complaint.
    Katherine A. Skeele   1.00 hours at  255.00 per hour.        255.00

07/27/10 E-mail to/from Sweeney re: status of complaint
    - drafted awaiting final review.
    Mark C. Michalowski    .20 hours at  515.00 per hour.        103.00

07/27/10 Draft file memorandum and internal
    correspondence regarding case status and
    strategy.
    Patrick J. Sweeney    .10 hours at  395.00 per hour.          39.50

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 11, 2010
Invoice 2548491
Page    2

07/27/10 E-mails with M. Michalowski and P. Sweeney re:
         status; update tracker re: same.
         Shannan E. Whalen    .20 hours at  195.00 per hour.        39.00


         Total Fees for Professional Services .......$      1,539.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Michalowski, Mark C. | Partner | 0.20 | 515.00 | 103.00 |
| Skeele, Katherine A. | Associate | 3.00 | 255.00 | 765.00 |
| Sweeney, Patrick J. | Associate | 1.60 | 395.00 | 632.00 |
| Whalen, Shannan E. | Paralegal | 0.20 | 195.00 | 39.00 |


   Reimbursable costs through July 31, 2010



      Telephone                                              1.60


         Total Reimbursable Costs ...................$         1.60
                                                        -----------
         Current Billing for this Matter ............      1,540.60
                                                        -----------
         BALANCE DUE THIS INVOICE ...................$      1,540.60
                                                        ===========

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.          July 19, 2010
Attn: Jeffrey A. Brasil                    Invoice 2540810
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765                     **TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure

Fees for Professional Services          $          461.50

   INVOICE TOTAL                        $          461.50
                                                ------------
   BALANCE DUE THIS INVOICE             $          461.50
                                                ============

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

      Wachovia Bank
      214 N. Hogan Street, Jacksonville Fl., 32202
      DOMESTIC Clients:      ABA #063000021
      INTERNATIONAL Clients: SWIFT PNBPUS33
      For Credit to the Account of:
      HOLLAND & KNIGHT LLP
      ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

23076

Law Offices
**HOLLAND & KNIGHT** LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

July 19, 2010
Invoice     2540810
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through June 30, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure


06/01/10 Expiration of 10-day default period; e-mails
         to/from Whalen; review Whalen/St. Jean e-mails.
         Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

06/01/10 Emails with M. Michalowski and client re:
         expiration of 10 days; e-mail to P. Sweeney re:
         loan documents and drafting complaint; update
         tracker.
         Shannan E. Whalen     .30 hours at  195.00 per hour.      58.50

06/09/10 E-mail to Sweeney re: residential
         foreclosure/secondary collateral.
         Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

06/09/10 Internal correspondence regarding case
         strategy.
         Patrick J. Sweeney     .20 hours at  395.00 per hour.      79.00

06/24/10 Internal correspondence regarding case status
         and strategy.
         Patrick J. Sweeney     .20 hours at  395.00 per hour.      79.00

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

July 19, 2010
Invoice 2540810
Page    2

06/24/10  Emails with M. Michalowski and P. Sweeney re:
          status; update tracker.
          Shannan E. Whalen    .20 hours at  195.00 per hour.            39.00


          Total Fees for Professional Services .......$        461.50

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Michalowski, Mark C. | Partner | 0.40 | 515.00 | 206.00 |
| Sweeney, Patrick J. | Associate | 0.40 | 395.00 | 158.00 |
| Whalen, Shannan E. | Paralegal | 0.50 | 195.00 | 97.50 |

                                                        -----------
          Current Billing for this Matter ............       461.50
                                                        -----------
          BALANCE DUE THIS INVOICE ...................$       461.50
                                                        ===========

| Job No | Job Name | Reference | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| | PETER ST. JEAN | | | | | |
| 1325007 | Goodness and Mercy - Northeast Christian Bookstore Riverhead, NY | 2161325004 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | $120.00 |
| | PETER ST. JEAN | | | | | |
| 1325202 | Joseph Townsend dba Moultonboro Emporium Moultonboro, NH | 2808225000 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | $120.00 |
| | PETER ST. JEAN | | | | | |
| 1325031 | Marathon Gas Rockford, IL | 3141335004 | | | | |
| | | | Report Cost (QP) | 1.00 | $110.00 | $110.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | $120.00 |
| | PETER ST. JEAN | | | | | |
| 1325011 | Marconi Gas Seaford, NY | 2793925005 | | | | |
| | | | Report Cost (QV) | 1.00 | $80.00 | $80.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | $90.00 |
| | PETER ST. JEAN | | | | | |
| 1325037 | Paradise Holding Corporation - car wash Mastic, NY | 2393875004 | | | | |
| | | | Report Cost (QV) | 1.00 | $120.00 | $120.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | $130.00 |
| | PETER ST. JEAN | | | | | |
| 1325042 | SOS Motors Washington, DC | 2814485004 | | | | |
| | | | Report Cost (QV) | 1.00 | $80.00 | $80.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | $90.00 |

**Total Jobs:** 12

**Total Invoice:** $1,300.00

Law Offices
## HOLLAND & KNIGHT LLP

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

*Representative Office

Home Loan Investment Bank, F.S.B.          June 8, 2010
Attn: Jeffrey A. Brasil                    Invoice 2524250
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

**TERMS: DUE ON RECEIPT**

*[handwritten: GOODNESS + MERCY]*
*[handwritten: 216325004   CO/SON]*
*[handwritten: 115222   6-10-10]*
*[handwritten: CECIL BILLS]*
*[handwritten: KBM   6/6/10]*

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

Fees for Professional Services          $          784.00
Reimbursable Costs                                  32.66

    INVOICE TOTAL                        $          816.66
                                                ------------
    BALANCE DUE THIS INVOICE             $          816.66
                                                ============

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

    Wachovia Bank
    214 N. Hogan Street, Jacksonville Fl., 32202
    DOMESTIC Clients:      ABA #063000021
    INTERNATIONAL Clients: SWIFT PNBPUS33
    For Credit to the Account of:
    HOLLAND & KNIGHT LLP
    ACCT. #2090002390441

*[handwritten date stamp: JUN 2 3 2010]*
*[handwritten: 86124]*

Please indicate our INVOICE NUMBER as reference in your wire transfer.

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

June 8, 2010
Invoice 2524250
Page    2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

23076

Law Offices
# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

June 8, 2010
Invoice    2524250
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through May 31, 2010
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

05/17/10 E-mails to/from St. Jean re: handling of
         commercial/residential foreclosure.
         Mark C. Michalowski    .20 hours at  515.00 per hour.     103.00

05/18/10 Preliminary review of loan documents; e-mail
         with client re: need for payoff and arrearage.
         Shannan E. Whalen    .20 hours at  195.00 per hour.      39.00

05/19/10 Review and execute demand letter to borrower;
         conference with Whalen; review Whalen e-mail to
         St. Jean; e-mails to/from Sweeney.
         Mark C. Michalowski    .30 hours at  515.00 per hour.    154.50

05/19/10 Draft and transmit demand letters; e-mail to
         client re: same; update tracker.
         Shannan E. Whalen   1.60 hours at  195.00 per hour.     312.00

05/20/10 Emails with client re: demand letter expiration
         date; follow-up letter to borrower to clarify
         same; update file.
         Shannan E. Whalen    .80 hours at  195.00 per hour.     156.00

05/21/10 Review UPS notification re: demand letter
         package to commercial property.
         Shannan E. Whalen    .10 hours at  195.00 per hour.        19.50


              Total Fees for Professional Services .......$        784.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Michalowski, Mark C. | Partner | 0.50 | 515.00 | 257.50 |
| Whalen, Shannan E. | Paralegal | 2.70 | 195.00 | 526.50 |


   Reimbursable costs through May 31, 2010


05/19/10   Delivery Services/Messengers                          7.34
           United Parcel Service

           Mary Gilliam
           23 Midway Drive
           RIVERHEAD NY 11901
05/19/10   Delivery Services/Messengers                          6.79
           United Parcel Service
           Mary Gilliam
           Northeast Cristian Bookstor
           67 East Main Street
           RIVERHEAD NY 11901
05/20/10   Delivery Services/Messengers                          7.34
           United Parcel Service

           Mary Gilliam
           23 Midway Drive
           RIVERHEAD NY 11901

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

June 8, 2010
Invoice 2524250
Page    3

| 05/20/10 | Delivery Services/Messengers | 6.79 |
|---|---|---|
|  | United Parcel Service |  |
|  | Mary Gilliam |  |
|  | Northeast Cristian Bookstor |  |
|  | 67 East Main Street |  |
|  | RIVERHEAD NY 11901 |  |

Copying                                              4.40

Total Reimbursable Costs ...................$        32.66

Current Billing for this Matter ............        816.66

BALANCE DUE THIS INVOICE ...................$        816.66

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 7, 2009
Invoice 2417384

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

AUG 2 6
82050

Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure

Fees for Professional Services          $          313.00

   INVOICE TOTAL                        $          313.00

   BALANCE DUE THIS INVOICE             $          313.00


If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

   Wachovia Bank
   214 N. Hogan Street, Jacksonville Fl., 32202
   DOMESTIC Clients:     ABA #063000021
   INTERNATIONAL Clients: SWIFT PNBPUS33
   For Credit to the Account of:
   HOLLAND & KNIGHT LLP
   ACCT. #2090002390441

*GOODNESS + MERCY*

*216132 5004     COLSON*

Please indicate our INVOICE NUMBER as reference in your wire transfer.

*115222          8 17-09*

*LEGAL FEES*

*PR STICH     (PNS)*

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

23076

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 7, 2009
Invoice    2417384
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through July 31, 2009
in connection with the following:

Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure

07/08/09 E-mails to/from St. Jean re: status; e-mail to
         Sweeney; telephone conference with St. Jean;
         telephone conference with Sweeney.
         Mark C. Michalowski     .30 hours at  515.00 per hour.     154.50

07/08/09 E-mail from client re: communications with
         debtor and status.
         Shannan E. Whalen     .10 hours at  185.00 per hour.      18.50

07/22/09 E-mail from St. Jean - instructions to
         bill/close (borrower reinstatement); e-mail to
         Gill.
         Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

07/22/09 E-mail from P. Sweeney re: status; e-mail from
         client re: file closing and assist with same;
         update tracker.
         Shannan E. Whalen     .20 hours at  185.00 per hour.      37.00

         Total Fees for Professional Services .......$      313.00

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

August 7, 2009
Invoice 2417384
Page    2

| Name | Title | Hours | Rate | Value |
|------|-------|-------|------|-------|
| Michalowski, Mark C. | Partner | 0.50 | 515.00 | 257.50 |
| Whalen, Shannan E. | Paralegal | 0.30 | 185.00 | 55.50 |

Current Billing for this Matter ............  313.00

BALANCE DUE THIS INVOICE ...................$  313.00

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

July 7, 2009
Invoice 2405872

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

*JUL 2 8 2009*
*81649*

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

| | | |
|---|---|---|
| Fees for Professional Services | $ | 733.00 |
| Reimbursable Costs | | 506.08 |
| | | |
| INVOICE TOTAL | $ | 1,239.08 |
| BALANCE DUE THIS INVOICE | $ | 1,239.08 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

    Wachovia Bank
    214 N. Hogan Street, Jacksonville Fl., 32202
    DOMESTIC Clients:    ABA #063000021
    INTERNATIONAL Clients: SWIFT PNBPUS33
    For Credit to the Account of:
    HOLLAND & KNIGHT LLP
    ACCT. #2090002390441

*GOODNESS + MERCY*
*2161325004 COLSON*

Please indicate our INVOICE NUMBER as reference in your wire transfer.

*115222   7-21-09*
*LEGAL FEES*
*W.O 7/22/9*
*Federal ID #*

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

23076

Law Offices
**HOLLAND & KNIGHT** LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

July 7, 2009
Invoice    2405872
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through June 30, 2009
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

06/03/09 E-mail to/from Sweeney and Whalen re: status of
        title work/foreclosure.
        Mark C. Michalowski    .20 hours at  515.00 per hour.    103.00

06/04/09 E-mail with P. Sweeney and M. Michalowski re:
        status/title searches; update tracker.
        Shannan E. Whalen    .10 hours at  185.00 per hour.    18.50

06/05/09 E-mail with P. Sweeney re: status of title
        work.
        Shannan E. Whalen    .10 hours at  185.00 per hour.    18.50

06/08/09 Review miscellaneous Sweeney e-mails; e-mail
        to/from Sweeney/Whalen re: title rundown.
        Mark C. Michalowski    .20 hours at  515.00 per hour.    103.00

06/08/09 Emails with M. Michalowski and P. Sweeney re:
        title work; review file and confirm possession
        of title policy.
        Shannan E. Whalen    .20 hours at  185.00 per hour.    37.00

Home Loan Investment Bank, F.S.B.       July 7, 2009
Attn: Jeffrey A. Brasil            Invoice 2405872
One Home Loan Plaza, Suite 3      Page   2
Warwick, RI 02886-1765

06/10/09  E-mail with P. Sweeney and M. Michalowski re:
          title report; attend to invoice re: same;
          update tracker.
          Shannan E. Whalen     .30 hours at  185.00 per hour.      55.50

06/16/09  Review foreclosure title search.
          Patrick J. Sweeney    .30 hours at  345.00 per hour.     103.50

06/17/09  Correspondence with client regarding proceeding
          with foreclosure; outline complaint.
          Patrick J. Sweeney    .50 hours at  345.00 per hour.     172.50

06/17/09  E-mail with P. Sweeney re: title report; update
          tracker.
          Shannan E. Whalen     .10 hours at  185.00 per hour.      18.50

06/18/09  Review Sweeney/St. Jean e-mails re: draft
          Foreclosure Complaint.
          Mark C. Michalowski    .20 hours at  515.00 per hour.    103.00


              Total Fees for Professional Services .......$      733.00

| Name | Title | Hours | Rate | Value |
|------|-------|-------|------|-------|
| Michalowski, Mark C. | Partner | 0.60 | 515.00 | 309.00 |
| Sweeney, Patrick J. | Associate | 0.80 | 345.00 | 276.00 |
| Whalen, Shannan E. | Paralegal | 0.80 | 185.00 | 148.00 |


   Reimbursable costs through June 30, 2009


06/10/09    Chicago Title Insurance Company G/M                   500.00
            title report

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

July 7, 2009
Invoice 2405872
Page    3

06/10/09    DELIVERY SERVICES/MESSENGERS                          6.08
            United Parcel Service

            Chicago Title Insurance Com
            901 East Main Street, Suite 500
            RIVERHEAD NY 11901

            Total Reimbursable Costs ...................$        506.08
                                                            -----------
            Current Billing for this Matter ............         1,239.08
                                                            -----------
            BALANCE DUE THIS INVOICE ...................$        1,239.08
                                                            ===========

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

June 8, 2009
Invoice 2395697

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #738370.00475
Goodness and Mercy Bookstore Foreclosure

Fees for Professional Services               $       400.00

INVOICE TOTAL                           $       400.00

BALANCE DUE THIS INVOICE                $       400.00

OUTSTANDING INVOICE SUMMARY

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 05/11/09 | 2385957 | 37.64 |

*[handwritten: $787.64]*

*[handwritten: Goodness + Mercy]*
*[handwritten: 2161325004    Colson]*
*[handwritten: 115222    6-15-06]*

*[stamp: JUN 24 2009]*
*[handwritten: 81061]*

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

June 8, 2009
Invoice 2395697
Page    2
REMITTANCE COPY

MATTER BALANCE BROUGHT FORWARD:                737.64
                                            -----------
        TOTAL DUE                    $       1,137.64
                                            ===========

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

    Wachovia Bank
    214 N. Hogan Street, Jacksonville Fl., 32202
    DOMESTIC Clients:      ABA #063000021
    INTERNATIONAL Clients: SWIFT PNBPUS33
    For Credit to the Account of:
    HOLLAND & KNIGHT LLP
    ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

If you wish to remit by COURIER DELIVERY, please use the following address:

    Holland & Knight LLP
    Suite 864084
    11050 Lake Underhill Road
    Orlando, FL 32825-5016

23076

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

June 8, 2009
Invoice    2395697
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through May 31, 2009
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

05/14/09 Call with P. Sweeney re: status; update
         tracker.
         Shannan E. Whalen     .10 hours at  185.00 per hour.          18.50

05/22/09 Review St. Jean/Sweeney e-mail; e-mail to
         Whalen.
         Mark C. Michalowski    .20 hours at  515.00 per hour.         103.00

05/22/09 Attention to status of file and correspondence
         with client regarding same.
         Patrick J. Sweeney    .30 hours at  345.00 per hour.          103.50

05/22/09 Emails with client and P. Sweeney re: borrower
         payment efforts and timing of complaint; update
         tracker.
         Shannan E. Whalen     .10 hours at  185.00 per hour.          18.50

05/26/09 E-mail with M. Michalowski re: commercial
         foreclosure.
         Shannan E. Whalen     .10 hours at  185.00 per hour.          18.50

Home Loan Investment Bank, F.S.B.       June 8, 2009
Attn: Jeffrey A. Brasil               Invoice 2395697
One Home Loan Plaza, Suite 3      Page   2
Warwick, RI 02886-1765

05/29/09 Correspondence with title search company
regarding status of foreclosure title search.
Patrick J. Sweeney    .40 hours at  345.00 per hour.     138.00

Total Fees for Professional Services .......$     400.00

| Name | Title | Hours | Rate | Value |
|------|-------|-------|------|-------|
| Michalowski, Mark C. | Partner | 0.20 | 515.00 | 103.00 |
| Sweeney, Patrick J. | Associate | 0.70 | 345.00 | 241.50 |
| Whalen, Shannan E. | Paralegal | 0.30 | 185.00 | 55.50 |

Current Billing for this Matter ............    400.00

BALANCE DUE THIS INVOICE ...................$    400.00

OUTSTANDING INVOICE SUMMARY

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 05/11/09 | 2385957 | 737.64 |

MATTER BALANCE BROUGHT FORWARD .............    737.64

TOTAL DUE ................................$   1,137.64

Law Offices
# HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 11, 2009
Invoice 2385957

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

JUN 3 2009

Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure

Fees for Professional Services          $        737.00
Reimbursable Costs                               0.64

   INVOICE TOTAL                        $        737.64

   BALANCE DUE THIS INVOICE             $        737.64

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

   Wachovia Bank
   214 N. Hogan Street, Jacksonville Fl., 32202
   DOMESTIC Clients:     ABA #063000021
   INTERNATIONAL Clients: SWIFT PNBPUS33
   For Credit to the Account of:
   HOLLAND & KNIGHT LLP
   ACCT. #2090002390441

#
2161325004
GOODNESS + MERCY
SBA

Please indicate our INVOICE NUMBER as reference in your wire transfer.

5-27.09

Approved

Federal ID #

Home Loan Investment Bank, F.S.B.          May 11, 2009
Attn: Jeffrey A. Brasil                    Invoice 2385957
One Home Loan Plaza, Suite 3               Page    2
Warwick, RI 02886-1765                     REMITTANCE COPY


   If you wish to remit by COURIER DELIVERY, please use the following address:

            Holland & Knight LLP
            Suite 864084
            11050 Lake Underhill Road
            Orlando, FL 32825-5016

23076

Law Offices

**HOLLAND & KNIGHT** LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 11, 2009
Invoice     2385957
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through April 30, 2009
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

04/02/09 E-mails to/from St. Jean re: handling of
        residential foreclosures; conference with
        Whalen; e-mail to/from Whalen re: same.
        Mark C. Michalowski     .30 hours at  515.00 per hour.     154.50

04/02/09 Review status; e-mails with client and M.
        Michalowski re: status and potential
        transition; update tracker.
        Shannan E. Whalen     .30 hours at  185.00 per hour.     55.50

04/06/09 Review St. Jean e-mail; e-mail to/from Whalen
        re: coordination with residential foreclosures.
        Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

04/06/09 Emails with client and M. Michalowski re:
        Frankel, Lambert proceeding with foreclosure of
        residential properties; update tracker.
        Shannan E. Whalen     .20 hours at  185.00 per hour.     37.00

04/07/09 E-mail to Sweeney re: foreclosure of commercial
        property; coordination with residential
        foreclosures; e-mails to/from Whalen re: same.
        Mark C. Michalowski     .30 hours at  515.00 per hour.     154.50

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 11, 2009
Invoice 2385957
Page    2

04/07/09  E-mail with M. Michalowski and P. Sweeney re:
          status and Frankel Lambert contact information.
          Shannan E. Whalen      .10 hours at  185.00 per hour.          18.50

04/22/09  Call from Frankel Lambert re: lien priority;
          review file re: lien priority; return call to
          Frankel Lambert re: liens.
          Shannan E. Whalen      .30 hours at  185.00 per hour.          55.50

04/24/09  Call with P. Sweeney re: status of foreclosure
          proceeding; e-mail to client re: need for 5/1
          payoff.
          Shannan E. Whalen      .20 hours at  185.00 per hour.          37.00

04/27/09  Review Whalen e-mails to/from St. Jean; updated
          payoff information.
          Mark C. Michalowski     .20 hours at   515.00 per hour.       103.00

04/27/09  E-mail from and return e-mail to client re:
          payoff figures.
          Shannan E. Whalen      .10 hours at  185.00 per hour.          18.50


              Total Fees for Professional Services .......$          737.00

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Michalowski, Mark C. | Partner | 1.00 | 515.00 | 515.00 |
| Whalen, Shannan E. | Paralegal | 1.20 | 185.00 | 222.00 |


Reimbursable costs through April 30, 2009


              Long Distance Telephone                               0.64

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

May 11, 2009
Invoice 2385957
Page    3

Total Reimbursable Costs ...................$          0.64
                                              -----------
Current Billing for this Matter ............        737.64
                                              -----------
BALANCE DUE THIS INVOICE ...................$        737.64
                                              ===========

FROM:
PETER-HARRY MONTAUREDES, IFA,CSA-R  - FHA ROSTER APPRAISER
RESIDENTIAL APPRAISER ESTABLISHED 1974
P.O. BOX 357
MALVERNE, NEW YORK 11565
OFFICE 1-516-593-8872 FAX 1-516-908-4690
CELL/PAGER/VOICEMAIL 1-516-306-1000

| INVOICE | DATE | REFERENCE |
|---|---|---|
| 67 EAST MAIN STREET | 12/15/2008 | 67 EAST MAIN STREET |

GOODNESS AND MERCY

TO :
HOME LOAN INVESTMENT BANK, FSB
1 HOME LOAN PLAZA, WARWICK, RI 02886

| DESCRIPTION | AMOUNT |
|---|---|
| 67 EAST MAIN STREET RIVERHEAD, NEW YOTK 11901 | 350.00 |
| NO/COLLECT AS PER APPRAISAL ORDER............... APPRAISAL FEE....$350.00.........APPROVED BY HLIB............... | |

MAY  7 2009

80283

| | | |
|---|---|---|
| | Subtotal | $ 350.00 |
| NO/COLLECT $350.00 APPROVED BY HLIB, FSB | Late Fee | $ |
| | TOTAL | $ 350.00 |

*P55*

Law Offices

**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

April 6, 2009
Invoice 2371806

**TERMS: DUE ON RECEIPT**


REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)


Our Matter #738370.00475
   Goodness and Mercy Bookstore Foreclosure


Fees for Professional Services           $        1,331.50
Reimbursable Costs                                  1.68


   INVOICE TOTAL                          $        1,333.18

   BALANCE DUE THIS INVOICE               $        1,333.18


   OUTSTANDING INVOICE SUMMARY

   DATE            INVOICE          AMOUNT
   --------        -------          ------
   03/12/09        2363516          1,097.47

                                    *2430.65*

                   *NOT Pd*

*GOODNESS + MERCY*

Account #
*2161325004*                 Investor #
                             *COLSON*
G/L #
*516110*                     *4-13-09*

Approved By
                             *SBA*

Approved By *4/14/09*

Federal ID #

APR 22 2009

*8001*

MATTER BALANCE BROUGHT FORWARD:                    1,097.47
                                               -----------
          TOTAL DUE                     $          2,430.65
                                               ===========

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

    Wachovia Bank
    214 N. Hogan Street, Jacksonville Fl., 32202
    DOMESTIC Clients:     ABA #063000021
    INTERNATIONAL Clients: SWIFT PNBPUS33
    For Credit to the Account of:
    HOLLAND & KNIGHT LLP
    ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

If you wish to remit by COURIER DELIVERY, please use the following address:

    Holland & Knight LLP
    Suite 864084
    11050 Lake Underhill Road
    Orlando, FL 32825-5016

23076

Law Offices
## HOLLAND & KNIGHT LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Abu Dhabi |
| Bethesda | Los Angeles | San Francisco | Beijing |
| Boston | Miami | Tallahassee | Caracas* |
| Chicago | New York | Tampa | Mexico City* |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | |

*Representative Office

Home Loan Investment Bank, F.S.B.
Attn: Jeffrey A. Brasil
One Home Loan Plaza, Suite 3
Warwick, RI 02886-1765

April 6, 2009
Invoice    2371806
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through March 31, 2009
in connection with the following:

Our Matter #738370.00475
    Goodness and Mercy Bookstore Foreclosure

03/02/09 Telephone call from Gilliam; memo to file;
         e-mail to St. Jean re: status.
         Mark C. Michalowski     .30 hours at  515.00 per hour.     154.50

03/02/09 Review memo re: Harriet Gilliam call.
         Shannan E. Whalen     .10 hours at  185.00 per hour.     18.50

03/03/09 E-mails to/from St. Jean re: forbearance
         negotiations with Gilliam.
         Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

03/04/09 E-mail from client re: potential workout with
         borrower; e-mail to client re: expiration of 90
         days; update status tracker.
         Shannan E. Whalen     .10 hours at  185.00 per hour.     18.50

03/09/09 Review letter fro Gilliam; e-mail to/from St.
         Jean.
         Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

03/09/09 Review status of foreclosure and e-mail with M.
         Michalowski re: same; e-mail from client re:
         documentation received from borrower; update
         tracker.
         Shannan E. Whalen     .20 hours at  185.00 per hour.        37.00

03/12/09 E-mail with M. Michalowski re: status of
         foreclosure proceeding.
         Shannan E. Whalen     .10 hours at  185.00 per hour.        18.50

03/16/09 E-mail from client re: status; update tracker.
         Shannan E. Whalen     .10 hours at  185.00 per hour.        18.50

03/18/09 E-mails with client re: status and possibility
         of additional loans to foreclose; review file
         re: commercial and residential collateral
         properties; update tracker.
         Shannan E. Whalen     .30 hours at  185.00 per hour.        55.50

03/19/09 E-mails to/from St. Jean re: sequence of
         foreclosure and collateral values; review Whalen
         e-mail re: obtaining documents.
         Mark C. Michalowski    .30 hours at  515.00 per hour.      154.50

03/19/09 Emails with client and M. Michalowski re
         valuation of various collateral properties,
         logistics of multiple foreclosures and
         documents needed to proceed on additional
         loans.
         Shannan E. Whalen     .30 hours at  185.00 per hour.        55.50

03/20/09 Review St. Jean e-mail; e-mails to/from St .Jean
         and Whalen re: payoff.
         Mark C. Michalowski    .20 hours at  515.00 per hour.      103.00

03/23/09 Review two additional loan files (non-SBA) re:
         residential properties; e-mail with client and
         M. Michalowski re: next steps on both
         properties and clarification needed as to which
         mortgage to foreclose re: 23 Midway Drive; add
         new property to tracker; research re: new NY
         foreclosure laws and associated 90-day demand
         requirements; confirm residential demands'
         compliance; e-mail with M. Michalowski re:
         further demand on 615 Lakeway; update tracker.
         Shannan E. Whalen    1.20 hours at  185.00 per hour.        222.00

03/24/09 E-mails to/from Whalen; review Whalen/St. Jean
         e-mails re: 90-day notices and foreclosure
         sequence.
         Mark C. Michalowski     .20 hours at  515.00 per hour.     103.00

03/24/09 Emails with client and M. Michalowski re: lien
         position on various collateral properties,
         satisfaction of demand requirements and
         proceeding with foreclosure; review loan
         documents re: subordination issue; update
         tracker.
         Shannan E. Whalen     .50 hours at  185.00 per hour.        92.50

03/25/09 E-mail with P. Sweeney and M. Michalowski re:
         status and file transition; update tracker.
         Shannan E. Whalen     .10 hours at  185.00 per hour.        18.50

03/31/09 Conference with M. Michalowski re: residential
         focus of matter; assist with preparation of
         e-mail to client.
         Shannan E. Whalen     .30 hours at  185.00 per hour.        55.50


              Total Fees for Professional Services .......$      1,331.50

| Name | Title | Hours | Rate | Value |
|------|-------|-------|------|-------|
| Michalowski, Mark C. | Partner | 1.40 | 515.00 | 721.00 |
| Whalen, Shannan E. | Paralegal | 3.30 | 185.00 | 610.50 |

Reimbursable costs through March 31, 2009

Misc Online Research                                          1.68

Total Reimbursable Costs ...................$              1.68
                                             -----------
Current Billing for this Matter ............          1,333.18
                                             -----------
BALANCE DUE THIS INVOICE ...................$          1,333.18

OUTSTANDING INVOICE SUMMARY

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 03/12/09 | 2363516 | 1,097.47 |

MATTER BALANCE BROUGHT FORWARD .............          1,097.47
                                             -----------
TOTAL DUE ..................................$          2,430.65
                                             ===========

# Invoice

| | |
|---|---|
| **Attn:** KEVIN MCKNIGHT | **Invoice Number:** 68797 |
| **Bill To:** Home Loan & Investment Bank | **Invoice Date:** 05/15/2008 |
| One Home Loan Plaza | **Terms:** On Receipt |
| Warwick, RI 02886 | **Customer ID:** HL1700 |
| | **Page No:** Page 1 of 1 |

| Job No | Job Name | Reference | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| | MELISSA BEAUFORT | | | | | |
| 1186700 | Dave's A.G., Inc. | | | | | |
| | Boothbay, ME | | Report Cost | 1.00 | $185.00 | $185.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | **$195.00** |
| | MELISSA BEAUFORT | | | | | |





| Job No | Job Name | Reference | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| | MELISSA BEAUFORT | | | | | |
| 1185528 | Sun Valley LLC | | | | | |
| | Wyoming, RI | | Report Cost | 1.00 | $185.00 | $185.00 |
| | | | Digital Photos | 1.00 | $10.00 | $10.00 |
| | | | Job Total: | | | **$195.00** |

**Total Jobs:** 3

**Total Invoice:** $585.00



P A I D
JUN 0 5 2008
74065

| | |
|---|---|
| Name | Goodness & Mercy |
| Account # | ZL6l32SmH |
| Investo. # | SBA |
| G/L # | 81c6ll0 |
| Date | 6l3 |
| Approved By: | 6 |
| | lmas |
| Approved By: | |
| Federal ID # | |

For questions, please contact Accounting:
Rachel Davidson  503-214-3088
rdavidson@quiktrak.com
or
Carol Lewis  503-214-3022
clewis@quiktrak.com