August 13, 2012

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Via ECF

                Re:  Home Loan Investment Bank v. Goodness and Mercy, Inc.
                    CV-10-4677 (ADS) (ETB)

Your Honor:

      Please consider the following as defendants Goodness and Mercy, Inc.; Mary Gilliam and Harriet Gilliam's letter application for an extension of the automatic stay of execution on the Judgment of Default and Judgment of Foreclosure and Sale in the above-referenced matter pending the Court's consideration of defendants' motions filed on August 7, 2012 seeking a stay without posting of supersedeas bond and further seeking reconsideration or a setting aside of the above referenced judgments.  Defendants herein have requested a hearing on the motions and request that enforcement of judgments be stayed pending the Court's determination as to whether or not to grant the request for a hearing and that the judgments be further stayed pending the Court's review and decision on the underlying motions for reconsideration or to set aside the Judgment of Default and the Judgment of Foreclosure and Sale.

      Thank you for your consideration of this application.


Very truly yours,

/s/ Harriet A. Gilliam, Esq.


cc: Patrick J. Sweeney, Esq. via ECF